**2014–0807.   Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–714. Reported at 151 Ohio St.3d 12, 2017-Ohio-2734, 85 N.E.3d 694. On motion for reconsideration. Motion granted as to the request to amend the judgment entry of May 11, 2017, to include reinstatement of the Franklin County Board of Revision's valuation for 2008, consistent with the opinion of this court. Motion denied in all other respects. On appellee's motion to strike. Motion granted.

**2015–0313.   Moskowitz v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2014–1160. Reported at 150 Ohio St.3d 69, 2017-Ohio-4002, 78 N.E.3d 870. On motion for reconsideration. Motion denied.

**2016–0509.   State ex rel. McKee v. Union Metal Corp.**
Franklin App. No. 15AP–414, 2016-Ohio-1236. Reported at 150 Ohio St.3d 223, 2017-Ohio-5541, 80 N.E.3d 491. On amended motion for reconsideration. Motion denied.

**2016–1710.   Snyder v. Grant.**
Cuyahoga App. No. 103796, 2016-Ohio-5247. Reported at 149 Ohio St.3d 1432, 2017-Ohio-4396, 76 N.E.3d 1208. On motion for reconsideration. Motion denied.
    O'DONNELL, J., dissents.

**2017–0181.   State v. Boware.**
Summit App. No. 27975, 2016-Ohio-7024. Reported at 149 Ohio St.3d 1433, 2017-Ohio-4396, 76 N.E.3d 1209. On motion for reconsideration. Motion denied.
    O'CONNOR, C.J., not participating.

**2017–0231.   Rocky River v. Collins.**
Cuyahoga App. No. 104180, 2017-Ohio-14. Reported at 149 Ohio St.3d 1434, 2017-Ohio-4396, 76 N.E.3d 1209. On motion for reconsideration. Motion denied.

**2017–0385.   Ackerman v. Bank of New York Mellon.**
Miscellaneous case. Reported at 149 Ohio St.3d 1416, 2017-Ohio-4038, 75 N.E.3d 235. On motion for reconsideration. Motion denied.

**2017–0417.   State ex rel. Lopez v. Summit Cty. Clerk of Courts.**
In Mandamus. Reported at 149 Ohio St.3d 1466, 2017-Ohio-5723, 77 N.E.3d 989. On motion for reconsideration. Motion denied.
    O'NEILL, J., dissents.

**2017–0503.   State ex rel. Hillman v. Franklin Cty. Common Pleas Adm. Judge.**
In Procedendo. Reported at 149 Ohio St.3d 1462, 2017-Ohio-5699, 77 N.E.3d 986. On motion for reconsideration and request for hearing en banc. Motion and request denied.

*September 14, 2017*

2017-Ohio-7602.]

**2017–0907.   State v. Garn.**
Richland App Nos. 16CA26 and 16CA32, 2017-Ohio-2969. On appellee's motion to strike. Motion denied. Appellee may file a memorandum in response to jurisdiction within 30 days.